UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-59-D-4

UNITED STATES OF AMERICA  :
                          :
       V.                 :      O R D E R
                          :
MICHAEL WILLIE GUTIERREZ  :

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to MICHAEL WILLIE GUTIREEZ be changed to reflect the proper identification of the defendant as MICHAEL WILLIE GUTIERREZ.

This the __7__ day of March, 2011.

_____
JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE